# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT O. CARR, | § | |
| | § | No. 19, 2020 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| GLOBAL PAYMENTS, INC. and | § | C.A. No. 2018-0565 |
| HEARTLAND PAYMENT | § | |
| SYSTEMS, LLC, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: April 1, 2020
Decided: April 1, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## <u>ORDER</u>

This 1st day of April 2020, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its December 11, 2019 opinion. The motion for telephonic oral argument is denied.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice